UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZACHARY PERKINS § | |
| § | CIVIL ACTION NO. 3:21-cv-01434-B |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| HOWCO REALTY § | |
| § | |
| **Defendant** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ZACHARY PERKINS Plaintiff and HOWCO REALTY Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   August 23, 2021        FOR ZACHARY PERKINS, Plaintiff

BY:   ___/S/   *R. Bruce Tharpe*_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:	August 23, 2021		FOR HOWCO REALTY,  Defendant

BY:   */s/   **Derrick J. Hahn**
Derrick J. Hahn
HAHN LAW FIRM, P.C.
900 Jackson Street, Suite 180
Dallas, Texas 75202
(214) 744-3200 – Office
(214) 744-3202 - Fax
Texas State Bar ID No. 24026920